**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHWESTERN DIVISION**

| | | |
|---|---|---|
| Michael Otto, | ) | |
| | ) | |
| Petitioner, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Timothy Schuetzle, Warden | ) | |
| North Dakota State Penitentiary, | ) | Case No. 1:07-cv-014 |
| | ) | |
| Respondent. | ) | |

___

On September 21, 2007, the Petitioner filed a document captioned "Objection to the Sufficiency of the Answer." Therein he avers, inter alia, that he did not receive copies of the supplemental materials (exhibits 1 through 9, Docket No. 5) filed in conjunction with the Respondent's response to his habeas petition.

If he has not already done so, the Respondent shall provide the Petitioner with copies of aforementioned supplemental materials within ten (10) days of this order.

Dated this 24th day of September, 2007.

/s/ Charles S. Miller, Jr.
Charles S. Miller, Jr.
United States Magistrate Judge